```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


EMIL W. POTOCZNY                  :     CIVIL ACTION
                                  :
        v.                        :
                                  :
                                  :
AURORA LOAN SERVICES, LLC,        :
et al.                            :     NO. 12-1251
```

ORDER

AND NOW, this 22nd day of July, 2014, upon consideration of the plaintiff's motion for summary judgment (Doc. No. 21), the cross-motions for summary judgment filed by defendant Phelan, Hallinan & Schmieg, LLP (Doc. No. 34) and defendants Aurora Loan Services, LLC, and Aurora Bank FSB (Doc. No. 35), and the responses and replies thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the plaintiff's motion for summary judgment is DENIED, the defendants' cross-motions for summary judgment are GRANTED, and JUDGMENT IS ENTERED for the defendants and against the plaintiff.

The Clerk of Court shall mark this case CLOSED.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```